# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Richard Stucki and Travis Tharpe, each individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Hyundai Motor America, Inc.,<br><br>    Defendant. | Case No.: 21-cv-1085 – MSD/ECW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

On April 27, 2021, Plaintiffs Richard Stucki and Travis Tharpe ("Plaintiffs") filed their Complaint in this Court. Defendant has not filed an Answer or responsive pleading. Plaintiffs Richard Stucki and Travis Tharpe dismiss the Action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

    Respectfully submitted,

    **HELLMUTH & JOHNSON, PLLC**

Dated: July 15, 2021    By: _s/ Anne T. Regan_
    Anne T. Regan (MN #333852)
    Nathan D. Prosser (MN #329745)
    Brian W. Nelson (MN #0398481)
    8050 West 78th Street
    Edina, MN 55439
    Telephone: 952-941-4005
    Facsimile: 952-941-2337
    aregan@hjlawfirm.com
    nprosser@hjlawfirm.com
    bwnelson@hjlawfirm.com

    **ATTORNEYS FOR PLAINTIFFS**